■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY A. LEWIS, Appellant. (Appeal No. 2.) [825 NYS2d 413]— Appeal from a judgment of the Steuben County Court (Marianne Furfure, J.), rendered October 12, 2004. The judgment convicted defendant, upon a jury verdict, of criminal sale of a controlled substance in the third degree and criminal possession of a controlled substance in the third degree (two counts).

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Same memorandum as in *People v Lewis* (35 AD3d 1256 [2006]). Present—Gorski, J.P., Martoche, Smith, Green and Pine, JJ.